See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD WOJTCZAK,** | CIVIL ACTION NO. 1:CV-01-1163 |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Mannion) |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants | FILED<br>HARRISBURG, PA |

## O R D E R

FILED HARRISBURG, PA
JUL 2 5 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Before the court is a July 9, 2001, report of the magistrate judge recommending that the captioned action be dismissed for Plaintiff's failure to exhaust administrative remedies. Plaintiff has filed objections to the report.

Plaintiff argues that while his civil rights action is filed under 42 U.S.C. § 1983, his action is being brought under the Americans with Disabilities Act –Rehabilitation Act ("ADA") and, therefore, he does not have to exhaust administrative remedies.

Pursuant to Board of Trustees of the University of Alabama v. Garrett, ____, U.S. ____, 121 S. Ct. 955 (2001), Plaintiff cannot assert an ADA claim against Commonwealth defendants. The United States Supreme Court held that the ADA does not abrogate a states' Eleventh Amendment immunity from suits for money damages under Title I of that act. Id. at 967.

Certified from the record
Date _____
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Accordingly, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Mannion, to the extent the complaint is deemed to be filed pursuant to 42 U.S.C. § 1983, for failure to exhaust administrative remedies.

2) To the extent the complaint is brought pursuant to the ADA, 42 U.S.C. § 12101, the complaint is dismissed for failure to state a cause of action against the Commonwealth Defendants.

3) Plaintiff's objection to the order of the magistrate judge denying his motion for appointment of counsel is deemed moot in light of the dismissal of this action.

4) Any appeal from this order will be deemed frivolous and not taken in good faith.

5) The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: July 25, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

July 25, 2001

Re:  1:01-cv-01163    Wojtczak v. PA Dept of Corr.

True and correct copies of the attached were mailed by the clerk to the following:

Richard Wojtczak
SCI-Huntingdon
AF5977
1100 Pike Street
Huntingdon, PA  16654-1112

```
cc:
Judge                            (✓)          ( ) Pro Se Law Clerk
Magistrate Judge                 (✓)          ( ) INS
U.S. Marshal                     ( )          ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    (✓)
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )    PA Atty Gen ( )
                                          DA of County ( )    Respondents ( )

Bankruptcy Court                 ( )
Other_____      ( )
                                                   MARY E. D'ANDREA, Clerk
```

DATE:  7/25/01                             BY:  _____
                                                Deputy Clerk