⑬
8-10-01
sc

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

RICHARD WOJTCZAK                           Dist. Ct. Docket # 1:CV-01-1163
      Plaintiff/Appellant          (Judge Sylvia H. Rambo)  *J. Rambo*
      v.
                               Ct. of Appeals Docket # _____
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, et al.
      Defendants/Appellees

NOTICE OF APPEAL FILED 08/02/01   COURT REPORTERS:___No_____

FILING FEE:
Notice of Appeal      ____ Paid    _X_ Not Paid   ____ Seaman
Docket Fee           ____ Paid    _X_ Not Paid   ____ US or Gov

CJA Appointment: (Attach copy of order) N/A
____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
____Motion Granted In First Instance
____Denied
____Motion pending before district judge

RECEIVED
AUG - 6 2001
U.S.C.A. 3rd CIR.

Certificate of probable cause (state habeas corpus) (attach copy of order)
____Granted
____Denied
____Pending

FILED
HARRISBURG
AUG 0 9 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

MOTIONS  CURRENTLY PENDING :  No

COPIES TO:
Judge Sylvia H. Rambo           M. J. Mannion
Richard Wojtczak              File Copy

DATED: August 3, 2001          Virginia Gilmore_____
                          Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.