

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

(14)
8-10-01
sc

August 3, 2001



OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

RE: RICHARD WOJTCZAK V. PA DEPARTMENT OF CORRECTIONS, et al.
Case Number: 1:CV-01-1163   *J. Rambo*
USCA Case No: Unknown  Appeal filed 08/02/01

Dear Ms. Waldron:

Enclosed please find:

___ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

_X_ Actual Record with one certified copy and one uncertified copy of docket entries.  (Docs. #1 thru #12)

___ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record

___ Actual _____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

**FILED**
**HARRISBURG**

AUG 0 9 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK
*Virginia Gilmore*
Virginia Gilmore