OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4916

pacer.ca3.uscourts.gov

August 6, 2001

NOTICE OF DOCKETING OF APPEAL

**FILED
HARRISBURG

AUG 0 9 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

Wojtczak v. PA Dept Corrections

No(s): 01-cv-01163

(Honorable Sylvia H. Rambo)

An appeal by **Richard Wojtczak #AF-5977** was filed in the above-captioned case on 8/2/01, and docketed in this Court on 8/6/01, at No. **01-3092**.

Kindly use the Appeals Docket No. **01-3092** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk