Clerk of Courts  
U.S. District Court  
Middle District of Penna.  
228 Walnut St.  
P.O. Box 983  
Harrisburg, Pa. 17108  

8-7-2001    Copy  

Richard Wojtyzok AF5977  
1100 Pike St.  
Huntingdon, Pa. 16654-1112  
c/c  

JUDGE'S COPY

FILED  
HARRISBURG, PA  
AUG 10 2001  
MARY E. D'ANDREA, CLERK  
Per _____

Re: Appeal #1: CV-01-1163  
J. Rambo

Dear Messrs.,

I received an "information statement to be completed by the U.S. District Court for the Middle District of Penna." (Harrisburg, Pa.) dated 8-3-2001.

Under Filing Fee is noted: Notice of Appeal ___ Not paid  
Docket fee ___ Not paid

Send me the amounts of these fees and I will pay them. I can not afford to pay a competent, experienced attorney to represent me in this litigation. (see my Motion for Appointment of Counsel).

Sincerely,  
Richard Wojtyzok

CC: Clerk of Courts  
U.S. Court of Appeals  
3rd Circuit