Clerk of Courts
U.S. District Court
Middle Dist. of Penna.
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

8-13-2001

Richard Stojtyck AF5977
1100 Pike St.
Huntingdon, Pa. 16654-1112

certificate of Mailing   c/c

Re: 3CA. No: 01-3092
M.D.Pa.D.C. No: 01:CV-01163

**FILED**
**HARRISBURG**
AUG 24 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Dear Messrs.,

Enclosed please find a check for:

District Court filing fee = $5.00
Court of Appeals docketing fee = $100.00
TOTAL = $105.00

3-01-OP-01

Thank you,

Richard Stojtyck

c/c

---

Fri Aug 24 14:07:49 2001
UNITED STATES DISTRICT COURT
SCRANTON , PA
Receipt No. 111.134642
Cashier        phil
Tender Type: CHECK
Check Number: 4460b
Transaction Type: C
Case No./Def No. 3:01-OP-1
OD Code  Div No   Acct
4667      1      6855XX
Amount    $   105.00
SCI HUNTINGDON HUNTINGDON PA 16654-
1112
APPEAL U.01-3092