

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-392_
FAX (717) 221-395_


RECEIVED AUG 30 2001 U.S.C.A. 3rd. CIR

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

August 29, 2001

RE: Wojtczak vs. PA Dept. of Corrections, et al.
Civil Action No. 1:CV-01-1163
USCA No. 01-3092

FILED
HARRISBURG
SEP 0 4 2001
MARY E. D'ANDREA, CL_
Per_____
DEPUTY CLERK

Dear Ms. Waldron,
   Enclosed please find:

   ____ One certified copy of the docket entries
         to be filed as the Certified List in
         Lieu of the Record.

   ____ Actual Record with one certified copy
         and one uncertified copy of docket
         entries.

   ____ One certified copy of docket entries to
         be filed as the Certified List in Lieu
         of the ____ Supplemental Record.

   _x_  Actual _2nd_ Supplemental Record with
         one certified copy and one uncertified
         copy of docket entries.
         DOCUMENT 18

   Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

Jill Cardile
Deputy Clerk