Clerk of Courts
U.S. District Court
Middle District of Penna.
235 N. Washington Ave.
P.O. Box 1148
Scranton, Pa. 18501

6-8-02
Richard Trotzyak AF5977
5706 Glades Pike
P.O. Box 631
Somerset, Pa. 15501-0631
c/c

RE: CHANGE OF ADDRESS

#1:01-CV-01-1163, Middle District of Penna.
#01-3092 ---- U.S. Court of Appeals 3rd Circuit

and

#1:CV-01-2096 - Middle District of Penna.
#02-1186 ---- U.S. Court of Appeals 3rd Circuit

I have been transferred to SCi Laurel Highlands at the
above address.

Please make note in your records.

FILED
SCRANTON

JUN 12 2002

PER _____
DEPUTY CLERK

Sincerely,

Richard Trotzyak