ORIGINAL

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

<u>Middle PA (Harrisburg)</u>   Clerk of District Court          Date _____9/30/02_____
     (District)

<u>Wojtczak v. PA Dept Corrections</u>                              C. of A. No. ____01-3092____
     (Caption)

<u>Richard Wojtczak</u>
     (Appellant)

<u>Civil No. 01-cv-01163 (SHR)</u>
     (D.C. No.)

RECEIVED OCT 03 2002 PER HARRISBURG, PA. DEPUTY CLERK

Enclosures:

__9/30/02_____ Certified copy of C. of A. Order by the Court/XXXXX
     (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
           is recalled.

                                              _____ (267)-299-_4916_
                                              Case Manager       Telephone Number

Receipt Acknowledge:

__ack'd 10-3-02_____
     (Name)

__STS_____
     (Date)

                                              Rev. 3/8/95
                        Appeals (Certified List in Lieu of Record)

BPS-285                                   September 12, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 01-3092

RICHARD WOJTCZAK

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.

(M.D. Pa. Civ. No. 01-cv-01163)

Present:    ALITO, CIRCUIT JUDGE

Submitted are:

(1)   Appellant's motion for appointment of counsel, and

(2)   Appellant's motion for leave to appeal in forma pauperis and affidavit in support thereof, pursuant to Rule 24, Federal Rules of Appellate Procedure,

in the above-captioned case.

Respectfully,

Clerk

MMW/JIB/as/awi

_____ORDER_____
The motion to proceed in forma pauperis is granted. See Walker v. People Express Airlines, Inc., 886 F.2d 598 (3d Cir. 1989). The motion for appointment of counsel is denied.

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk

Dated: 30 SEP 2002

By the Court,

_____
Circuit Judge