IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RICHARD WOJTCZAK,**         :    **CIVIL NO. 1:CV-01-1163**
    **Plaintiff**             :
    **v.**                    :
**PENNSYLVANIA DEPARTMENT**   :
**OF CORRECTIONS, *et al.*,** :
    **Defendants**            :

## O R D E R

This court is in receipt of the remand from the Third Circuit Court of Appeals in the captioned case. Accordingly, **IT IS HEREBY ORDERED THAT** the captioned action is remanded to Magistrate Judge Mannion.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated: April 10, 2003.