*D.C.*

*' to 4*

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4916

www.ca3.uscourts.gov

April 3, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA 17108

**RE: Docket No. 01-3092**
    **Wojtczak vs. PA Dept Corrections**
    **D. C. CIV. No. 01-cv-01163** *J. Rambo*

Dear Mrs. D'Andrea:

Enclosed is a certified copy of the judgment in the above-entitled case(s), together with copy of the opinion. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

(X) We return herewith the certified record, and first and second supplemental records in the case(s).

( ) We release herewith the certified list in lieu of the record.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Anthony Infante / CRG
    Anthony Infante
    Case Manager

*Ebony Fiddler*
*267-299-4917*
*4/8/03*

Enclosure

cc:
    Mr. Richard Wojtczak