IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLV

| | | |
|---|---|---|
| RICHARD WOJTCZAK, | : | |
| Plaintiff, | : | No. 1:cv-01-1163 |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, KENNETH KYLER, | : | |
| PATRICIA YARGER, PATTY | : | |
| EVERHART, SCOTT WALTERS, | : | |
| Defendants, | : | (Judge Rambo) |
| | : | (Magistrate Judge Mannion) |

## ENTRY OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of the defendants, the Department of Corrections, Jeffrey Beard, Kenneth Kyler, Patricia Yarger, Patty Everhard and Scott Walters.

                                      Respectfully submitted,

                                      D. MICHAEL FISHER
                                      Attorney General

BY:   s/Amanda L. Smith_____
        AMANDA L. SMITH
        Deputy Attorney General
        Attorney ID 86316

        SUSAN FORNEY
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
Direct:  (717) 787-1194
Fax:  (717) 772-4526
Email:  asmith@attorneygeneral.gov
Date:  December 10, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD WOJTCZAK, | : | |
| Plaintiff, | : | No. 1:cv-01-1163 |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, KENNETH KYLER, PATRICIA YARGER, PATTY EVERHART, SCOTT WALTERS, | : | |
| Defendants, | : | (Judge Rambo) |
| | : | (Magistrate Judge Mannion) |

CERTIFICATE OF SERVICE

I, AMANDA L. SMITH, Deputy Attorney General, hereby certify that on this date I caused to be served a copy of the foregoing Entry of Appearance by placing it in the United States Mail, postage prepaid, first class, in Harrisburg, PA, addressed to each of the following:

Richard Wojtczak, AF-5977
SCI-Laurel Highlands
5706 Glades Pike
P.O. Box 631
Somerset PA 15501

                                                s/Amanda L. Smith
                                                AMANDA L. SMITH
                                                Deputy Attorney General

DATE: December 10, 2003