IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD WOJTCZAK,** | : | |
| Plaintiff, | : | No. 1:01-CV-1163 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **PENNSYLVANIA, DEP'T** | : | (Magistrate Judge Mannion) |
| **OF CORRECTIONS, et al.** | : | |
| Defendants, | : | (Electronically Filed) |
| | : | |

## ORDER

**AND NOW**, this ____ day of _____, 2004, upon consideration of the motion of defendants Pennsylvania Department of Corrections, Beard, Kyler, Yarger, Everhart, and Walters, (hereinafter "the Commonwealth defendants"), for summary judgment and their supporting brief and exhibits, and plaintiff's response thereto, it is hereby **ORDERED** that the Commonwealth defendants= motion is **GRANTED**. The amended complaint, as against the Commonwealth defendants, is **DISMISSED WITH PREJUDICE**.

        BY THE COURT:

        _____
        **SYLVIA H. RAMBO**
        **United States District Judge**