IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD WOJTCZAK, | : | |
| Plaintiff, | : | No. 1:01-CV-1163 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| PENNSYLVANIA, DEP'T | : | (Magistrate Judge Mannion) |
| OF CORRECTIONS, et al. | : | |
| Defendants, | : | (Electronically Filed) |
| | : | |

## ORDER

**AND NOW**, this ____ day of _____, 2004, upon consideration of the motion of defendants Pennsylvania Department of Corrections, Beard, Kyler, Yarger, Everhart, and Walters, (hereinafter "the Commonwealth defendants"), for leave to file a reply brief nunc pro tunc, and for an enlargement of time to file the brief, it is hereby **ORDERED** that the Commonwealth defendants=motion is **GRANTED**. Commonwealth defendants' brief shall be shall be filed on or before March 15, 2004.

  BY THE COURT:

  _____
  **MALACHY E. MANNION**
  **United States Magistrate Judge**