IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD WOJTCZAK,<br>Plaintiff, | No. 1:01-CV-1163 |
| v. | (Judge Rambo) |
| PENNSYLVANIA, DEP'T<br>OF CORRECTIONS, et al.<br>Defendants, | (Magistrate Judge Mannion)<br>(Electronically Filed) |

## ORDER

AND NOW, this ___ day of _March_, 2004, upon consideration of the motion of defendants Pennsylvania Department of Corrections, Beard, Kyler, Yarger, Everhart, and Walters, (hereinafter "the Commonwealth defendants"), for leave to file a reply brief nunc pro tunc, and for an enlargement of time to file the brief, it is hereby **ORDERED** that the Commonwealth defendants motion is **GRANTED**. Commonwealth defendants' brief shall be shall be filed on or before March 15, 2004.

BY THE COURT:

_____
MALACHY E. MANNION
United States Magistrate Judge