AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Richard Wojtczak
    Plaintiff

Case No: 1:01-CV-1163

V.

Pennsylvania Department of Corrections;
Jeffery A. Beard; Kenneth Kyler; Patricia
Yarger; Roger Kimber; Patty Everhart
and Scott Walters
    Defendants

Judge Sylvia H. Rambo

9    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, Pennsylvania Department of Corrections, Jeffery A. Beard, Kenneth Kyler, Patricia Yarger, Roger Kimber, Patty Everhart and Scott Walters, and against the Plaintiff, Richard Wojtczak.

**Date:** July 21, 2004

**Mary E. D'Andrea, Clerk of Court**

/s/ Mark J. Armbruster
**(By)** Mark J. Armbruster, Deputy Clerk